UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON LEBRANDON WHITE, | No. 2:24-cv-1685 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| DECKER, et al., | |
| Defendants. | |

Plaintiff is a county prisoner proceeding pro se and in forma pauperis with a civil rights action. On October 30, 2024, plaintiff filed his fourth request for the appointment of counsel. Plaintiff's previous requests were filed on August 21, 2024, August 29, 2024, and September 18, 2024. All requests were denied. In light of those orders, plaintiff's request is also denied.

Plaintiff has also filed a motion to commence discovery. However, plaintiff's third amended complaint has not been screened by the court or ordered to be served on any defendant. As a result, plaintiff's motion for discovery is premature. Plaintiff is advised that the court will issue a discovery and scheduling order only after the amended complaint has been served on defendant(s) and an answer has been filed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for the appointment of counsel (ECF No. 20) is denied.

2. Plaintiff's motion for discovery (ECF No. 19) is denied as premature.

1

Dated: 11/05/24

*Carolyn K. Delaney* (signature)
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/whit1685.31.thr+motion