UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON LEBRANDON WHITE,<br><br>Plaintiff,<br><br>v.<br><br>DECKER, et al.<br><br>Defendants. | 2:24-cv-01685-TLN-CKD P<br><br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff, who is presently confined in the Shasta County Jail, proceeds pro se and in forma pauperis. On March 10, 2025, the undersigned screened plaintiff's third amended complaint (ECF No. 17) and determined it stated a Fourteenth Amendment due process claim against defendant Decker and no other claims. (See ECF No. 23.) On March 17, 2025, plaintiff filed a notice of election to proceed on the third amended complaint as screened. (ECF No. 24.) Accordingly, the undersigned recommends that all other claims and defendants be dismissed without further leave to amend.

For the reasons set forth above, IT IS HEREBY RECOMMENDED as follows:

1. This case proceed on plaintiff's Fourteenth Amendment conditions of confinement claim against defendant Decker in the operative third amended complaint.

////

1

    2. All other claims and defendants be dismissed without further leave to amend.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: March 25, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, whit1685.elct.f