UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON LEBRANDON WHITE,<br><br>Plaintiff,<br><br>v.<br><br>DECKER, et al.,<br><br>Defendants. | No. 2:24-cv-01685-TLN-CKD<br><br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 26, 2025, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 25) are ADOPTED IN FULL.

2. This case proceeds on Plaintiff's Fourteenth Amendment conditions of confinement

1

claim against Defendant Decker in the operative Third Amended Complaint and all other claims and Defendants are dismissed without further leave to amend.

3. This case is referred back to the assigned magistrate judge for further pretrial proceedings.

Date: April 17, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE