UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON LEBRANDON WHITE,<br><br>Plaintiff,<br><br>v.<br><br>DECKER,<br><br>Defendant. | No. 2:24-cv-1685-TLN-CKD P<br><br><br><br>ORDER |

The court recently set a schedule for this case and inquires now as to the parties' positions on the usefulness of scheduling a settlement conference at this time.

Good cause appearing, IT IS ORDERED that within 14 days of the date of this order, each party shall separately file a notice briefly stating whether the party believes scheduling a settlement conference to take place via Zoom would be useful at this time.

Dated: July 11, 2025

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, deck1685.adr.inq