UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON LEBRANDON WHITE,<br><br>Plaintiff,<br><br>v.<br><br>DECKER,<br><br>Defendant. | No. 2:24-cv-1685-TLN-CKD P<br><br><br><br>ORDER |

The court recently set a schedule for this case and inquired as to the parties' positions on the usefulness of scheduling a settlement conference. Both parties have indicated that scheduling a settlement conference would not be useful at this time.

Accordingly, IT IS ORDERED that no settlement conference will be set now but the court may require a settlement conference before any trial in this matter. At any time, the parties may jointly request that a settlement conference be scheduled with another magistrate judge.

Dated: August 1, 2025

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, whit1685.adr

1