UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON WHITE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPUTY DECKER,<br><br>　　　　Defendant. | No. 2:24-cv-01685-TLN-CKD (PC)<br><br>**RELATED CASE ORDER** |
| WILSON LEBRANDON WHITE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIKE GIBILISCO, ZACHARY LARSEN, AUSTIN DUNHAM, and FAVIAN GARCIA,<br><br>　　　　Defendants. | No. 2:24-cv-02273-DJC-AC (PC) |

　　　　Examination of the above-captioned actions reveals they are related within the meaning of Local Rule 123(a). The assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

　　　　Relating the cases under Local Rule 123, however, merely has the result that both actions are assigned to the same judge, it does not consolidate the actions. Under the regular practice of

1

1  this Court, related cases are generally assigned to the judge and magistrate judge to whom the
2  first filed action was assigned. Should either party wish to consolidate the actions, the
3  appropriate motion or stipulation must be filed.
4      IT IS THEREFORE ORDERED that the action denominated 2:24-cv-02273-DJC-AC is
5  reassigned to District Judge Troy L. Nunley and Magistrate Judge Carolyn K. Delaney, and the
6  caption shall read 2:24-cv-02273-TLN-CKD.
7      IT IS SO ORDERED.
8  DATED: September 10, 2025

                                            Troy L. Nunley
                                            Chief United States District Judge