UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON LEBRANDON WHITE,<br><br>        Plaintiff,<br><br>    v.<br><br>DECKER,<br><br>        Defendant. | No.  2:24-cv-1685-TLN-CKD P<br><br><br>ORDER |

On November 14, 2025, defendant filed a motion seeking to compel discovery responses, asserting plaintiff failed to timely provide responses to interrogatories and requests for production of documents.[1] Plaintiff did not timely oppose the motion.

Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion...." Id. Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Id. Plaintiff is hereby cautioned that failure to comply with the Local Rules may result in a recommendation that the action be dismissed.

---

[1] Defendant notes plaintiff had a change of address and a there is a possibility that plaintiff did not receive the properly served discovery requests. If that is the case, plaintiff shall promptly inform defendant's counsel in writing and may seek a further extension of time to prepare responses.

1

In addition, Rule 41(b) of the Federal Rules of Civil Procedure provides:

> **Involuntary Dismissal; Effect**. If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule--except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19--operates as an adjudication on the merits.

Id.

With these admonitions in place, plaintiff will be granted an extension of time to provide responses to defendant's interrogatories and requests for production of documents and/or to file an opposition, if any, to defendants' motion to compel.

Good cause appearing, IT IS HEREBY ORDERED that, within 21 days from the date of this order, plaintiff shall either provide complete responses to defendant's interrogatories and requests for production of documents or file an opposition, if any, to the motion to compel discovery responses. Defendant may file a reply within 14 days of any opposition filed by plaintiff. Failure to file an opposition will be deemed as consent to have the motion to compel granted.

Dated: December 23, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 whit1685.nooppo

2